IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TRIANGLE USA PETROLEUM | : | Case No. 16-11566 (MFW) |
| CORPORATION, et al., | : | BAP No. 17-9 |
| | : | |
| Debtors. | : | |
| | : | |
| CALIBER MEASUREMENT SERVICES | : | C.A. No. 17-288 GMS |
| LLC, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| TRIANGLE USA PETROLEUM | : | |
| CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |

## ORDER

At Wilmington this 24th day of April, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 12);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **May 15, 2017.**

_____
UNITED STATES DISTRICT JUDGE